**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| ORALANDA UTSEY, ) | |
|    Plaintiff, ) | |
| ) | **Case No. 4:11-CV-00618 JTK** |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration ) | |
|    Defendant. ) | |
| ) | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 18th day of September, 2012.

_____
United States Magistrate Judge